[No. 12449–8–I.   Division One.   December 5, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. GUY
RICHARD HETTRICK, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 82–1–01124–6, Herbert M. Stephens, J.,
entered October 7, 1982. *Affirmed* by unpublished opinion
per Callow, J., concurred in by Swanson and Corbett, JJ.

[No. 12180–4–I.   Division One.   December 5, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. DON
G. ALLEN, *Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 81–1–00388–0, Dennis J. Britt, J.,
entered August 5, 1982. *Reversed* by unpublished opinion
per Walterskirchen, J. Pro Tem., concurred in by Williams
and Scholfield, JJ. Now published at 36 Wn. App. 582.

[No. 6038–8–II.   Division Two.   December 5, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. SEABORN
WATLEY, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 59439, Waldo F. Stone, J., entered November
18, 1981. *Affirmed* by unpublished opinion per Reed, J.,
concurred in by Petrich, C.J., and Petrie, J.

[No. 6165–1–II.   Division Two.   December 5, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. ARTHUR
LEE SMYTH, *Appellant.*

Appeal from a judgment of the Superior Court for Cow-
litz County, No. 7825, Milton R. Cox, J., entered February
4, 1982. *Affirmed* by unpublished opinion per Petrich, C.J.,
concurred in by Reed and Worswick, JJ.